IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

JEFF BOARDMAN, et al.,

    Plaintiffs,

    v.

PACIFIC SEAFOOD GROUP, et al.,

    Defendants.

No. 1:15-108-CL

**TEMPORARY RESTRAINING ORDER**

**PANNER, District Judge:**

    Based on the record, including the declaration of Michael Haglund, ECF No. 4, I conclude that Plaintiffs are entitled to a temporary restraining order pending a hearing on a possible preliminary injunction. From 1:00 p.m. on Friday, January 23, 2015 until 5:00 p.m. on Tuesday, February 3, 2015, Defendants and their agents are prohibited from concluding any transaction involving the acquisition of stock, capital assets, or real property from Ocean Gold Seafoods and any of its shareholders or

1 - TEMPORARY RESTRAINING ORDER

affiliated companies including but not limited to Ocean Protein, LLC, Ocean Cold, LLC, and Ocean Gold Transport LLC. Defendants are required to produce all documents, whether hard copies or electronic, related in any way to the proposed transaction by Defendants to acquire stock or assets of Ocean Gold Seafoods, Inc. or any of its affiliated companies.

All parties are ordered to appear in this court on Tuesday, February 9, 2015, at 10:00 a.m., to show cause why this court should not issue a preliminary injunction in accordance with this temporary restraining order. Defendants shall file a brief in response by Thursday, January 29, 2015.

Plaintiffs shall post a bond in the amount of $ 10,000.

IT IS SO ORDERED.

DATED this 23 day of January, 2015, at 10:30 a.m. A.M.

*[signature: Owen M Panner]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - TEMPORARY RESTRAINING ORDER