**Michael E. Haglund,** OSB No. 772030
Email: mhaglund@hk-law.com
**Michael K. Kelley,** OSB No. 853782
Email: mkelley@hk-law.com
**Eric J. Brickenstein,** OSB No. 142852
Email: ebrickenstein@hk-law.com
**HAGLUND KELLEY LLP**
200 SW Market Street, Suite 1777
Portland, OR 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(Medford Division)

| | |
|---|---|
| JEFF BOARDMAN, DENNIS RANKIN, ROBERT SEITZ, TODD L. WHALEY, LLOYD D. WHALEY, SOUTH BAY WILD, INC., MISS SARAH, LLC, and MY FISHERIES, INC., <br><br> Plaintiffs, <br> v. <br><br> PACIFIC SEAFOOD GROUP, OCEAN GOLD HOLDING CO., INC., DULCICH, INC., FRANK DULCICH, PACIFIC SEAFOOD GROUP ACQUISITION COMPANY, INC., PACIFIC SEAFOOD WASHINGTON ACQUISITION CO., INC., BANDON PACIFIC, INC., BIO-OREGON PROTEIN, INC., PACIFIC CHOICE SEAFOOD COMPANY, PACIFIC COAST SEAFOODS COMPANY, PACIFIC GARIBALDI, INC., PACIFIC GOLD SEAFOOD COMPANY, PACIFIC PRIDE SEA FOOD COMPANY, PACIFIC SEA FOOD CO., PACIFIC SURIMI CO., INC., PACIFIC TUNA COMPANY, LLC, WASHINGTON CRAB PRODUCERS, INC., PACIFIC ALASKA | Case No.: 1:15-cv-00108-MC <br><br> **PLAINTIFFS' RESPONSE TO PACIFIC SEAFOOD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

PAGE 1 – PLAINTIFFS' RESPONSE TO PACIFIC SEAFOOD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Haglund Kelley LLP
200 SW Market Street, Suite 1777
Portland, OR 97201
Tel: (503) 225-0777 / Fax: (503) 225-1257
*PL60 -- 50831*

SHELLFISH, INC., SEA LEVEL SEAFOODS, LLC, ISLAND FISH CO., LLC, PACIFIC RESURRECTION BAY, PACIFIC CONQUEST, INC., CALAMARI, LLC, JO MARIE LLC, LESLIE LEE, LLC, MISS PACIFIC, LLC, PACIFIC FUTURE, LLC, PACIFIC GRUMPY J, LLC, PACIFIC HOOKER, LLC, PACIFIC HORIZON, LLC, PACIFIC KNIGHT, LLC, PRIVATEER LLC, SEA PRINCESS, LLC, TRIPLE STAR, LLC, PACIFIC FISHING, LLC, PACIFIC SEA FOOD OF ARIZONA, INC., STARFISH INVESTMENTS, INC., DULCICH SURIMI, LLC, BIO-OREGON PROPERTIES, LLC, PACIFIC GROUP TRANSPORT CO., PACIFIC MARKETING GROUP, INC., PACIFIC RUSSIA, INC., PACIFIC RUSSIA VENTURES, LLC, PACIFIC TUNA HOLDING COMPANY, INC., POWELL STREET MARKET LLC, PACIFIC FRESH SEA FOOD COMPANY, SEACLIFF SEAFOODS, INC., COPPER RIVER RESOURCE HOLDING CO., INC., PACIFIC COPPER RIVER ACQUISITION CO., INC., SEA LEVEL SEAFOODS ACQUISITION, INC., ISLAND COHO, LLC, S & S SEAFOOD CO., INC., PACIFIC SEAFOOD DISC, INC., DULCICH REALTY, LLC, DULCICH REALTY ACQUISITION, LLC, DULCICH JET, LLC, and OCEAN COMPANIES HOLDING CO., LLC,

    Defendants.

On August 3, 2017, plaintiffs served Plaintiffs' Supplemental Response to Defendants' First Request for Production of Documents, providing supplemental responses to requests Nos. 15, 16, 18-24, 27 and 30-31. Attached as Exhibit A is a copy of that pleading.

PAGE 2 – PLAINTIFFS' RESPONSE TO PACIFIC SEAFOOD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

With the exception of request Nos. 15 and 16, plaintiffs have fully responded to defendants' document request. As to request Nos. 15 and 16, the parties have agreed that all responsive documents must be produced to defense counsel no later than August 21, 2017. In addition, plaintiffs have voluntarily agreed to produce documents in three other categories during an agreed upon timeframe, also by August 21, 2017, rather than require defendants to move for reconsideration of this Court's sustaining of plaintiffs' objections to producing documents in these categories in its ruling of May 26, 2017 (Dkt. No. 132).

In light of the above action by plaintiffs and the agreement between the parties as to two outstanding categories of documents covered by Defendants' Motion to Compel, the motion to compel is moot.

DATED this 3rd day of August, 2017.

                                        HAGLUND KELLEY LLP

                                      By: /s/ Michael E. Haglund
                                            Michael E. Haglund, OSB No. 772030
                                            Attorneys for Plaintiffs

PAGE 3 – PLAINTIFFS' RESPONSE TO PACIFIC SEAFOOD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Haglund Kelley LLP
200 SW Market Street, Suite 1777
Portland, OR 97201
Tel: (503) 225-0777 / Fax: (503) 225-1257
PL60 -- 50831

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2017, I served the foregoing

**PLAINTIFFS' RESPONSE TO PACIFIC SEAFOOD'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**, the following by the following indicated method(s):

Michael J. Esler
John W. Stephens
Kim T. Buckley
Esler Stephens & Buckley, LLP
121 SW Morrison St., Ste. 700
Portland, OR 97204-2021
esler@eslerstephens.com
stephens@eslerstephens.com
buckley@eslerstephens.com

Randolph C. Foster
Timothy W. Snider
Rachel C. Lee
Stoel Rives LLP
760 SW 9th Avenue, Suite 3000
Portland, OR 97205
Randy.foster@stoel.com
Timothy.snider@stoel.com
Rachel.lee@stoel.com

by the following indicated method(s):

- ☐ by regular **mail** in a sealed first-class postage prepaid envelope and deposited with the United States Post Office at Portland, Oregon.

- ☒ by **email**.

- ☐ by **hand delivery**.

- ☐ by **overnight mail**.

- ☐ by **facsimile** as indicated.

- ☒ by transmitting full through the court's Cm/ECF system.

/s/ Michael E. Haglund
Michael E. Haglund
Eric J. Brickenstein
Attorney for Plaintiffs

**PAGE 1 -- CERTIFICATE OF SERVICE**