John W. Stephens, OSB No. 773583
stephens@eslerstephens.com
Michael J. Esler, OSB No. 710560
esler@eslerstephens.com
**ESLER, STEPHENS & BUCKLEY LLP**
121 SW Morrison Street, Suite 700
Portland, OR 97204-2012
Telephone: (503) 223-1510
Facsimile: (503) 294-3995

Randolph C. Foster, OSB No. 784340
randy.foster@stoel.com
Timothy W. Snider, OSB No. 034577
timothy.snider@stoel.com
Rachel C. Lee, OSB No. 102944
rachel.lee@stoel.com
**STOEL RIVES LLP**
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

　　　　Attorneys for All Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JEFF BOARDMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PACIFIC SEAFOOD GROUP, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-00108-MC<br><br>**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS** |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS**

92403605.1 0052902-00009

Pacific Seafood filed its motion for leave to file a reply in support of its motion to compel compliance with subpoenas (Dkt. No. 189) on November 10, 2017. During the four months that Pacific Seafood's motion for leave to file a reply has been pending, the depositions of Respondents Richard Carroll and Edward Backus in January 2018 revealed that—contrary to Respondents' representations to Pacific Seafood and the Court—their production was *not* complete. Respondents made an additional production in March 2018, which Pacific Seafood has reason to believe *still* does not complete their production. In light of these developments, Pacific Seafood renews its motion for leave to file a reply. If the Court grants the motion for leave, Pacific Seafood intends to file a reply in the form attached hereto as Exhibit 1 and a supporting declaration.

DATED: March 13, 2018.

STOEL RIVES LLP

/s/ Timothy W. Snider
Randolph C. Foster, OSB No. 784340
Timothy W. Snider, OSB No. 034577
Rachel C. Lee, OSB No. 102944

and

John W. Stephens, OSB No. 773583
Michael J. Esler, OSB No. 710560
**ESLER, STEPHENS & BUCKLEY LLP**
121 SW Morrison Street, Suite 700
Portland, OR 97204-2012
Telephone: (503) 223-1510
Fax: (503) 294-3995

Attorneys for Defendants

Page 1 -   **SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS**